THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD McNALLY, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 10, 1921; decided July 14, 1921.)

APPEAL from a judgment of the Supreme Court, rendered February 4, 1921, at a Trial Term, for the county of Richmond upon a verdict convicting the defendant of the crime of murder in the first degree.

*George M. Pinney* for appellant.

*Joseph Maloy, District Attorney (Alfred V. Norton* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Deceased: CHASE, J.